BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>NAVA THAMMAVONG,<br>KHAMPHOUD THAMMAVONG, and<br>DAVID THAMMAVONG,<br><br>                    Defendants. | CASE NO.  1:12-CR-00374 LJO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his/her counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for motions and status on September 23, 2013 at 8:30 a.m.

   2.   By this stipulation, parties now move to continue the pending motions hearing and status conference until November 25, 2013 at 8:30 a.m. and to exclude time between September 23, 2013 and November 25, 2013 under 18 U.S.C.§ 3161(h)(1)(d), (h)(7)(A) and (B)(iv).

   3.   The parties agree and stipulate, and request that the Court find the following:

      a.   The government has represented that the discovery associated with this case has been provided to the defendant. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b.      Further investigation that is in the process of being conducted regarding significant aspects of this case pertinent to its eventual disposition. Completion of that investigation and evaluation of this case will require until September 16, 2013.

      c      Pre-trial motions are pending before the court.

      d.      Counsel for the parties agree to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2013 to November 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(d), (h)(7)(A) and (B)(iv) because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that pre-trial motions are pending and the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: September 10, 2013      /s/ Laurel J. Montoya
      LAUREL J. MONTOYA
      Assistant United States Attorney

DATED: September 10, 2013      /s/ J.M. Irigoyen
      J.M. IRIGOYEN
      Attorney for Defendants Nava Thammavong,
      Khamphoud Thammavong, and David Thammavong

**O R D E R**

IT IS SO FOUND AND ORDERED this 12th day of September, 2013.

      /s/ Lawrence J. O'Neill_____
      HON. LAWRENCE J. O'NEILL
      UNITED STATES DISTRICT JUDGE