```
BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00374-LJO |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NAVA THAMMAVONG, KHAMPHOUD THAMMAVONG, and DAVID THAMMAVONG, | DATE: February 10, 2014<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for motion to suppress evidence and status on November 25, 2013.

2. By this stipulation, defendants now move to continue the status conference until February 10, 2014, and to exclude time between November 25, 2013, and February 10, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants and the government desire additional time to further

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

investigate and consider the matter in order to arrive at an equitable resolution of both the criminal charges and the forfeiture allegation.

     c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d)    The government does not object to the continuance.

     e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 25, 2013 to February 10, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 21, 2013                        BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ LAUREL J. MONTOYA
                                                        LAUREL J. MONTOYA
                                                        Assistant United States Attorney

///
///
///
///

Dated:  November 21, 2013

/s/ J. M. Irigoyen
J. M. IRIGOYEN
Counsel for Defendants
Nava Thammavong, Khamphoud Thammavong, and David Thammavong

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **November 22, 2013**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE