BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVA THAMMAVONG,<br>KHAMPHOUD THAMMAVONG, and<br>DAVID THAMMAVONG,<br><br>Defendants. | CASE NO. 1:12-CR-00374-LJO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 31, 2014<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

1.  By previous order, this matter was set for motion to suppress evidence and status on February 10, 2014.

2.  By this stipulation, defendants now move to continue the status conference until March 31, 2014, and to exclude time between February 10, 2014, and March 31, 2014..

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  The government is requesting additional time to investigate the matter so as to arrive at an equitable disposition and hereby moves for the continuance.

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1

      c)     Counsel for defendants and the government desire additional time to further investigate and consider the matter in order to arrive at an equitable resolution of both the criminal charges and the forfeiture allegation.

      d)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 10, 2014 to March 31, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 3, 2014                       BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   /s/ LAUREL J. MONTOYA
                                                   LAUREL J. MONTOYA
                                                   Assistant United States Attorney

Dated: February 3, 2014                       /s/ J. M. Irigoyen
                                                   J. M. IRIGOYEN
                                                   Counsel for Defendants
                                                   Nava Thammavong, Khamphoud Thammavong,
                                                   and David Thammavong

///

Case 1:12-cr-00374-LJO-SKO   Document 37   Filed 02/04/14   Page 3 of 3

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   **February 4, 2014**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE