BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MNONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite. 4401
Fresno, CA 93721
Telephone: (916) 559-4000
Facsimile: (916) 559-4099

FILED
MAR 31 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorney for PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVA THAMMAVONG,<br>KHAMPHOUD THAMMAVONG, and<br>DAVID THAMMAVONG,<br><br>Defendants. | CASE NO. 1:12-CR-000374-LJO-SKO<br><br>GOVERNMENT'S REQUEST TO DISMISS INDICTMENT AND ~~PROPOSED~~ ORDER<br>[Fed.R.Crim.Proc. 48(a)] |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Indictment in this case without prejudice, as to the above-named defendants.

Dated: March 28, 2014

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  /s/  Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

///

*It is so ordered.*
*3-31-14*

*[signature]*
*U.S. District Judge*

Thammavong Motion to Dismiss and Order              1